|  | The Honorable Paul B. Snyder |
|---|---|
|  | Chapter 13 |
|  | Hearing Date: Thursday, January 19, 2017 |
|  | Hearing Location: Tacoma, Courtroom H |
|  | Hearing Time: 1:00 p.m. |
|  | Response Date: January 12, 2017 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | No.: 16-44597-PBS |
|---|---|
| RICHARD LOUIS NELSON, | (Chapter 13) |
| DEBTOR | **NOTICE OF MOTION AND HEARING ON JANUARY 19, 2017** |

PLEASE TAKE NOTICE THAT, Pomaikai LLC, Movant, will bring before the above **Court located at 1717 Pacific Avenue, Tacoma, WA 98402,** at the below time, a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362, regarding the subject property commonly known as 18718 95th St E, Bonney Lake, WA 98391 ("Property") whose legal description is:

LOT 8, KELLY CREEK ADDITION, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 18 OF PLATS, PAGE 97, RECORDS OF PIERCE COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

seeking relief from stay to pursue unlawful detainer proceedings in Pierce County Superior Court Case, and all other acts to obtain possession of the Property pursuant to applicable non-bankruptcy law.

THE HEARING IS SET AS FOLLOWS:

| JUDGE: | Paul B. Synder | TIME: 1:00 p.m. |
|---|---|---|
| PLACE: | Union Station, Courtroom H | DATE: January 12, 2017 |
|  | 1717 Pacific Avenue |  |
|  | Tacoma, WA 98402 |  |

NOTICE OF MOTION AND HEARING - 1

DIMENSION LAW GROUP, PLLC

234 SW 43rd St., Suite MA
Renton, WA 98057
Tel:206-973-3500 Fax: 206-577-5090

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 12, 2017. If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the COURT may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Respectfully submitted this 27th day of December, 2015.

**DIMENSION LAW GROUP, PLLC**

*/s/ Synthia Melton*
Synthia Melton, WSBA # 43593
Attorneys for Pomaikai LLC

NOTICE OF MOTION AND HEARING - 2