The Honorable Paul B. Snyder
Chapter 13
Hearing Date: Thursday, January 19, 2017
Hearing Location: Tacoma, Courtroom H
Hearing Time: 1:00 p.m.
Response Date: January 12, 2017

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re: | No.: 16-44597-PBS |
| RICHARD LOUIS NELSON, | (Chapter 13) |
| DEBTOR | **CERTIFICATE OF SERVICE** |

I hereby certify under penalty of perjury of the laws of the State of Washington that I mailed a true and correct copy of the **Notice of Hearing, Motion for Relief from Automatic Stay, Declaration in Support of Motion and Exhibits, Proposed Order Granting Relief from Stay, Notice of Appearance** by postage pre-paid, regular first class United States mail. I also caused a true and correct copy of the foregoing documents to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Respectfully submitted this 27th day of December, 2016

**DIMENSION LAW GROUP, PLLC**

__/s/ Synthia Melton__
Synthia Melton, WSBA #43593
Attorneys for Pomaikai LLC

CERTIFICATE OF SERVICE - 1

**Via U.S. Mail**
Richard Louis Nelson, Debtor
18718 95th St E
Bonney Lake, WA 98391

Jan Gossing, Counsel for Debtor
GHG Lawgroup PLLC
31811 Pacific Highway S, B101
Federal Way, WA 98003

**Via ECF**
Jan Gossing, Counsel for Debtor
GHG Lawgroup PLLC
31811 Pacific Highway S, B101
Federal Way, WA 98003

Michael G. Malaier, Chapter 13 Trustee
1551 Broadway, Ste 600
Tacoma, WA 98402

United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101

CERTIFICATE OF SERVICE - 2