# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>RICHARD LOUIS NELSON,<br><br>　　　　　　DEBTOR | No.: 16-44597-PBS<br><br>(Chapter 13)<br><br>**[PROPOSED] ORDER GRANTING POMAIKAI LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |

THIS MATTER came before the Court upon Pomaikai LLC's ("Movant" herein) Motion for Relief from Automatic Stay, proper notice having been given, the Court having examined the files and records, and having considered oral argument, it is

ORDERED that:

1. The automatic stay of 11 U.S.C § 362(a) is terminated as it applies to the enforcement by Movants of all of their rights in the real property commonly known as **18718 95th St. E, Bonney Lake, WA 98391** in Pierce County, Washington, **Tax Parcel ID #4900000080,** (the "Property") which is legally described as:

> LOT 8, KELLY CREEK ADDITION, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 18 OF PLATS, PAGE 97, RECORDS OF PIERCE COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

[PROPOSED] ORDER GRANTING POMAIKAI LLC'S
MOTION FOR RELIEF FROM AUTOMATIC STAY - 1

DIMENSION LAW GROUP, PLLC

234 SW 43rd St., Suite MA
Renton, WA 98057
Tel:206-973-3500 Fax: 206-577-5090

2. Movant may pursue and initiate additional unlawful detainer proceedings in Pierce County Superior Court against the Debtor;

3. Movant may enforce their remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law;

4. The 14-day stay of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived;

5. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

///End of Order///

Presented by:

**DIMENSION LAW GROUP, PLLC**

_/s/ Synthia Melton_
Synthia Melton, WSBA # 43593
Attorneys for Pomaikai LLC

[PROPOSED] ORDER GRANTING POMAIKAI LLC'S
MOTION FOR RELIEF FROM AUTOMATIC STAY - 2

DIMENSION LAW GROUP, PLLC

234 SW 43rd St., Suite MA
Renton, WA 98057
Tel:206-973-3500 Fax: 206-577-5090